MICHAEL J.M. BROOK (SBN 139595)
LANAHAN & REILLEY LLP
Attorneys at Law
600 Bicentennial Way, Suite 300
Santa Rosa, California  95403
Telephone:  (707) 524-4200
Facsimile:  (707) 523-4610

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODOLFO B. BAISA and BELLA G. BAISA,<br><br>        Plaintiffs,<br>v.<br><br>INDYMAC FEDERAL BANK, AEGIS WHOLESALE CORPORATION, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. , BALDWIN MORTGAGE, INC., C21 FUNDING, INC., ORHAN TOLU, MYRNA D. BAESA<br>and DOES 1-20 inclusive,<br><br>        Defendants. | CASE NO.: 2:09-cv-01464 WBS-JFM<br><br>**ORDER ALLOWING TELEPHONIC APPEARANCE BY MICHAEL J.M. BROOK AT HEARING ON DEFENDANTS' MOTION TO DISMISS FIRST AMENDED COMPLAINT** |

### ORDER

Good Cause appearing therefore,

It is hereby ORDERED AND ADJUDGED that Michael J.M. Brook be allowed to appear telephonically at the hearing on Defendants' Motion to Dismiss Plaintiffs' First Amended Complaint in this matter, which is set for September 28, 2009, at 2:00 p.m., in Courtroom 5 of the above-entitled court, located at 501 I Street, Sacramento, California.   The Court shall initiate the telephone conference call.

Dated:   September 25, 2009

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

504875v1A                                             - 1 -
PROPOSED ORDER