UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODOLFO B. BAISA and BELLA G. BAISA,<br><br>Plaintiffs,<br><br>v.<br><br>INDYMAC FEDERAL BANK, AEGIS WHOLESALE CORPORATION, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., BALDWIN MORTGAGE, INC., C21 FUNDING, INC., ORHAN TOLU, MYRNA D. BAESA; and DOES 1-20 inclusive,<br><br>Defendants. | Case No. 2:09-CV-01464-WBS-JFM<br><br>Judge:  Hon.  William B. Shubb<br><br>ORDER ON STIPULATION TO CONTINUE MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.'S DEADLINE TO SERVE INITIAL DISCLOSURES<br><br>Complaint Filed:  June 3, 2009 |

Having read and considered the Stipulation to Continue Mortgage Electronic Registration Systems, Inc.'s ("MERS") Deadline to Serve Initial Disclosures, and good cause appearing therefore, the Court orders as follows:

MERS's deadline to serve its initial disclosures in this matter shall be extended to ten days following the date that the case is at issue as to MERS.

**IT IS SO ORDERED.**

Dated:  December 14, 2009

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE