UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| RODOLFO B. BAISA and BELLA G. BAISA, | NO. CIV. 2:09-1464 WBS JMF |
| Plaintiffs, | ORDER RE: SANCTIONS |
| v. | |
| INDYMAC FEDERAL BANK; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; TRUSTEE CORPS; BALDWIN MORTGAGE, INC.; ORHAN TOLU; MYRNA D. BAESA, and DOES 1-20, inclusive, | |
| Defendants. | |

----oo0oo----

On February 2, 2010, the court issued an Order requiring plaintiff's counsel, Michael J.M. Brook, to either pay sanctions of $200.00 to the Clerk of the Court or show good cause for his noncompliance with Local Rule 78-230(c) within ten days of that Order. (Docket No. 10.) Mr. Brook failed to either

1

submit a statement showing good cause for his noncompliance with the Local Rules or pay sanctions to the Clerk of the Court within ten days of the court's Order.  Mr. Brook continues to flout the court's February 2, 2010 Order to this day.[1]

       IT IS THEREFORE ORDERED that Michael J.M. Brook shall, within ten days of this Order pay sanctions of $200.00 to the Clerk of the Court.  If Mr. Brook fails to pay sanctions within ten days of this Order the court will consider dismissal of this action and/or adjudicating Mr. Brook in contempt.

DATED:   February 19, 2010

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

---

[1] As the court noted in its November 6, 2009 Order, this is not the first time Mr. Brook has disregarded the Local Rules.  In Raya v. Wachovia Mortgage et al., No. 2:09-1325 (E.D. Cal.) and in Bledea v. Wash. Mut. Home Loans et al., No. 2:09-1490 (E.D. Cal.), Mr. Brook similarly failed to timely file any papers in response to a motion to dismiss in violation of Local Rule 230(c).

2