UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| RODOLFO B. BAISA and BELLA G. BAISA, | NO. CIV. 2:09-1464 WBS JMF |
| Plaintiffs, | ORDER RE: SANCTIONS |
| v. | |
| INDYMAC FEDERAL BANK; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; TRUSTEE CORPS; BALDWIN MORTGAGE, INC.; ORHAN TOLU; MYRNA D. BAESA, and DOES 1-20, inclusive, | |
| Defendants. | |

----oo0oo----

On February 2, 2010, the court issued an Order requiring plaintiff's counsel, Michael J.M. Brook, to either pay sanctions of $200.00 to the Clerk of the Court or show good cause for his noncompliance with Local Rule 78-230(c) within ten days of that Order.  (Docket No. 10.)  Mr. Brook failed to either

1

1  submit a statement showing good cause for his noncompliance with
2  the Local Rules or pay sanctions to the Clerk of the Court within
3  ten days of the court's Order.  Mr. Brook continues to flout the
4  court's February 2, 2010 Order to this day.[1]

5       IT IS THEREFORE ORDERED that Michael J.M. Brook shall,
6  within ten days of this Order pay sanctions of $200.00 to the
7  Clerk of the Court.  If Mr. Brook fails to pay sanctions within
8  ten days of this Order the court will consider dismissal of this
9  action and/or adjudicating Mr. Brook in contempt.

10 DATED:   February 19, 2010

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

---

[1]  As the court noted in its November 6, 2009 Order, this is not the first time Mr. Brook has disregarded the Local Rules. In Raya v. Wachovia Mortgage et al., No. 2:09-1325 (E.D. Cal.) and in Bledea v. Wash. Mut. Home Loans et al., No. 2:09-1490 (E.D. Cal.), Mr. Brook similarly failed to timely file any papers in response to a motion to dismiss in violation of Local Rule 230(c).

2