IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RODOLFO B. BAISA, et al.,

      Plaintiffs,             No. CIV 2:09-cv-1464-WBS-JFM

   vs.

INDYMAC FEDERAL BANK, et al.,

      Defendants.            <u>ORDER</u>

_____/

      Pursuant to the stipulation of the parties, through their counsel of record herein, the deadline to file motions is extended to December 10, 2010.

DATED: October 26, 2010.

                          UNITED STATES MAGISTRATE JUDGE

/014;bais1464.stip

1